the recess of the court, not in the presence of the jury, and not material to the case on appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERCY J. HAGEN, Appellant.— Judgment of conviction of the County Court of Kings county reversed on the law, and a new trial ordered. The crime of extortion was not made out. The money was not obtained from Tumerman with his consent, but was forcibly taken from the hand of his wife in his presence. One of the essential elements of extortion was, therefore, lacking. The indictment was silent as to the crime of grand larceny. If the crime of attempted extortion had been left to the jury under the present indictment, the jury's finding of guilt would not have been disturbed. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

NORRIE SELLAR, Appellant, v. GEORGE B. POST and Others, Respondents.— Order granting compulsory reference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ARTHUR BALTHASAR, Respondent, v. J. A. MIGEL, INC., Appellant. (Appeal No. 1.) — Order modified by striking out the requirement of a further bill of particulars as to demands 8, 10, 12, 13, 16 and 18, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ARTHUR BALTHASAR, Respondent, v. J. A. MIGEL, INC., Appellant. (Appeal No. 2.) — Order, so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of Fey v. Wisser (206 App. Div. 520): Rich, Jaycox, Kelby and Young, JJ., concur; Kelly, P. J., dissents. Settle order on notice.

FANNIE DEUTSCHER, Appellant, v. WILLIAM RECHTSCHAFFEN and Others, Respondents.— Order setting aside verdict as against the weight of evidence unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ISAAC E. FRANCO and Another, Appellants, v. J. K. & L. CONSTRUCTION CO., INC., Respondent.— The object of the present motion is apparently to enable plaintiffs to bring an action at law, after they had selected their remedy and tied up defendant's property by lis pendens. The Special Term has found that the present action can be brought to trial in March, and that the defendant will be prejudiced by a discontinuance. The plaintiffs should not be required at the trial to elect upon which theory they intended to proceed, and under the circumstances we are of the opinion that the discretion of the Special Term was properly exercised. The order is, therefore, affirmed, with ten dollars costs and disbursements. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JACK HARRIS, Respondent, v. JULIUS TISHMAN & SONS, INC., Appellant, Impleaded with Another, Defendant.— Order denying motion to modify notice for examination of defendant Julius Tishman & Sons, Inc., before trial, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Arbitration between WILLIAM BASSETT and Others, Copartners, etc., Appellants, and JOHN P. MAGNER, Respondent.— The record does not disclose facts sufficient either to warrant the court in relieving the defendant of his stipulation, or to justify the setting aside of the award of the